EVE H. WAGNER. State Bar No. 126471
ewagner@swattys.com
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067
Tel: 310-712-8100
Fax: 310-712-8108

Attorneys for Plaintiff Burco, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> VANTAGE MOTORS CORPORATION, JAMES KAO, and TIMOTHY LIN, <br><br> Defendants. | Case No. CV16-9007 PA (JPRx) <br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Percy Anderson |

## ORDER

Based upon stipulation of the parties and good cause appearing, IT IS ORDERED THAT:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Burco, Inc.'s entire complaint against Defendants Vantage Motors Corporation, Jimmy Kao (erroneously identified as James Kao) and Timothy Lim (erroneously identified as Timothy Lin), including all causes of action alleged therein, is hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

Dated: October 13, 2017

_____
Honorable Percy Anderson
United States District Court Judge